UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JOSEPH E. STEVENS, | Case No. 5:13-cv-03877-EJD |
|---|---|
| Petitioner, | |
| v. | **ORDER DIRECTING CLERK TO REPOEN CASE; DISSOLVING STAY; REINSTATING ORDER TO SHOW CAUSE** |
| JERRY BEARD, Secretary of the California Department of Corrections and Rehabilitation, | |
| Respondents. | |

Petitioner has notified the court that the habeas corpus petition filed in the California Supreme Court on August 3, 2015, has been finally resolved.  <u>See</u> Docket Item No. 11. Accordingly, the stay issued on November 18, 2015, is DISSOLVED and the Clerk is directed to reopen this file.  The Order to Show Cause is reinstated as follows:

1. Respondents shall file with the court and serve on Petitioner, within sixty (60) days of the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the underlying state criminal court records that have been transcribed previously and that are relevant to a determination of the issues presented by the Petition.

2. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving a copy on Respondents within thirty (30) days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated:  December 3, 2015

EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:13-cv-03877-EJD
ORDER DIRECTING CLERK TO REPOEN CASE; DISSOLVING STAY; REINSTATING ORDER TO SHOW CAUSE