UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH E. STEVENS,<br><br>        Petitioner,<br><br>v.<br><br>JERRY BEARD, et al.,<br><br>        Respondents. | Case No. 5:13-cv-03877-EJD<br><br>**JUDGMENT** |

The Petition for Writ of Habeas Corpus having been granted;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Petitioner.

The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: August 23, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-03877-EJD
JUDGMENT

1