UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOSEPH E. STEVENS,

    Petitioner,

v.

JERRY BEARD, et al.,

    Respondents.

Case No. 5:13-cv-03877-EJD

**AMENDED ORDER GRANTING APPLICATION FOR APPOINTMENT OF COUNSEL**

Re: Dkt. No. 31

In the interests of justice, Petitioner's application for appointment of counsel is GRANTED, retroactive to August 29, 2018, nunc pro tunc. Petitioner's appointed counsel is directed to contact CJA Supervising Attorney Diana Weiss at (415) 522-2822.

**IT IS SO ORDERED.**

Dated: October 7, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-03877-EJD
ORDER GRANTING APPLICATION FOR APPOINTMENT OF COUNSEL
1